**Fill in this information to identify the case:**

Debtor 1      Elaine Kay Mcqueen

Debtor 2

United States Bankruptcy Court for the: Northern District of Illinois

Case number :   18-00527

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | NewRez LLC d/b/a Shellpoint Mortgage Servicing | **Court claim no.** (if known): | 3 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 4406 | **Date of payment change:** Must be at least 21 days after date of this notice | 03/01/2021 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,360.50 |

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ]  No

   [X]  Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $511.69**          **New escrow payment: $605.70**

### Part : 2   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X]  No

   [ ]  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                    **New interest rate:**
   **Current Principal and interest payment:**   **New principal and interest payment:**

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X]  No

   [ ]  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

   Reason for change:

   **Current mortgage payment:**                 **New mortgage payment:**

Debtor 1  Elaine Kay Mcqueen
          First Name  Middle Name  Last Name             Case number (if known)  18-00527

# Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mary Vitartas                                              Date  01/22/2021
Signature

Print:          Mary Vitartas                       Title  Authorized Agent for Creditor

Company         Padgett Law Group

Address         6267 Old Water Oak Road, Suite 203

                Tallahassee FL, 32312

Contact phone   (850) 422-2520           Email   PLGinquiries@padgettlawgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __22nd__ day of January, 2021.

/S/ Mary Vitartas

MARY VITARTAS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 18-00527)

Debtor
Elaine Kay Mcqueen
8 Circle Court
Montgomery, IL 60538

Attorney
Briana Czajka
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

Jason A. Kara
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

Trustee
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

U.S. Trustee
Patrick S. Layng
office of the U.S Trustee,
Region 11
219 S Dearorn St. Room 873
Chicago, IL 60604

**Shellpoint Mortgage Servicing**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Analysis Date: January 12, 2021
Loan:
Property Address:
8 CIR CT
MONTGOMERY, IL 60538

ELAINE K MCQUEEN
8 CIR CT
MONTGOMERY IL 60538

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Mar 01, 2021 |
|---|---|---|
| P & I Pmt: | $754.80 | $754.80 |
| Escrow Pmt: | $511.69 | $605.70 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $1,266.49 | $1,360.50 |

| Prior Esc Pmt | March 01, 2020 |
|---|---|
| P & I Pmt: | $754.80 |
| Escrow Pmt: | $511.69 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $1,266.49 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | December 01, 2020 |
| Escrow Balance: | $1,367.63 |
| Anticipated Pmts to Escrow: | $1,535.07 |
| Anticipated Pmts from Escrow (-): | $72.66 |
| Anticipated Escrow Balance: | $2,830.04 |

| Shortage/Overage Information | Effective Mar 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $6,538.57 |
| Required Cushion | $1,017.10 |
| Required Starting Balance | $3,559.86 |
| Escrow Shortage | -$729.82 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,017.10. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,089.76 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Mar 2020 to Feb 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 3,322.90 | 2,015.57 |
| Mar 2020 | 511.69 | | 597.52 | | * | Hazard | 3,237.07 | 2,015.57 |
| Mar 2020 | | | 36.99 | 36.33 | * | PMI | 3,200.08 | 1,979.24 |
| Apr 2020 | 511.69 | 1,047.80 | 36.99 | 36.33 | * | PMI | 3,674.78 | 2,990.71 |
| May 2020 | 511.69 | 1,023.38 | 36.99 | 36.33 | * | PMI | 4,149.48 | 3,977.76 |
| May 2020 | | | | 2,709.09 | * | County Tax | 4,149.48 | 1,268.67 |
| Jun 2020 | 511.69 | 511.69 | 2,549.44 | | * | County Tax | 2,111.73 | 1,780.36 |
| Jun 2020 | | | 36.99 | 36.33 | * | PMI | 2,074.74 | 1,744.03 |
| Jul 2020 | 511.69 | 511.69 | 36.99 | 36.33 | * | PMI | 2,549.44 | 2,219.39 |
| Aug 2020 | 511.69 | 511.69 | 36.99 | 36.33 | * | PMI | 3,024.14 | 2,694.75 |
| Aug 2020 | | | | 2,709.09 | * | County Tax | 3,024.14 | (14.34) |
| Sep 2020 | 511.69 | 511.69 | 2,549.44 | | * | County Tax | 986.39 | 497.35 |
| Sep 2020 | | | 36.99 | 36.33 | * | PMI | 949.40 | 461.02 |
| Oct 2020 | 511.69 | 511.69 | 36.99 | 36.33 | * | PMI | 1,424.10 | 936.38 |
| Oct 2020 | | | | 7.78 | * | Hazard | 1,424.10 | 928.60 |
| Nov 2020 | 511.69 | 511.69 | 36.99 | 36.33 | * | PMI | 1,898.80 | 1,403.96 |
| Dec 2020 | 511.69 | | 36.99 | 36.33 | * | PMI | 2,373.50 | 1,367.63 |
| Jan 2021 | 511.69 | | 36.99 | | * | PMI | 2,848.20 | 1,367.63 |
| Feb 2021 | 511.69 | | 36.99 | | * | PMI | 3,322.90 | 1,367.63 |
| | | | | | | Anticipated Transactions | 3,322.90 | 1,367.63 |
| Jan 2021 | | P | | 36.33 | | PMI | | 1,331.30 |
| Feb 2021 | | 1,535.07 P | | 36.33 | | PMI | | 2,830.04 |
| | $6,140.28 | $6,676.39 | $6,140.28 | $5,861.92 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: January 12, 2021
Loan:

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 2,830.04 | 3,559.86 |
| Mar 2021 | 544.88 | 684.43 | Hazard | 2,690.49 | 3,420.31 |
| Mar 2021 |  | 36.33 | PMI | 2,654.16 | 3,383.98 |
| Apr 2021 | 544.88 | 36.33 | PMI | 3,162.71 | 3,892.53 |
| May 2021 | 544.88 | 36.33 | PMI | 3,671.26 | 4,401.08 |
| Jun 2021 | 544.88 | 2,709.09 | County Tax | 1,507.05 | 2,236.87 |
| Jun 2021 |  | 36.33 | PMI | 1,470.72 | 2,200.54 |
| Jul 2021 | 544.88 | 36.33 | PMI | 1,979.27 | 2,709.09 |
| Aug 2021 | 544.88 | 36.33 | PMI | 2,487.82 | 3,217.64 |
| Sep 2021 | 544.88 | 2,709.09 | County Tax | 323.61 | 1,053.43 |
| Sep 2021 |  | 36.33 | PMI | 287.28 | 1,017.10 |
| Oct 2021 | 544.88 | 36.33 | PMI | 795.83 | 1,525.65 |
| Nov 2021 | 544.88 | 36.33 | PMI | 1,304.38 | 2,034.20 |
| Dec 2021 | 544.88 | 36.33 | PMI | 1,812.93 | 2,542.75 |
| Jan 2022 | 544.88 | 36.33 | PMI | 2,321.48 | 3,051.30 |
| Feb 2022 | 544.88 | 36.33 | PMI | 2,830.03 | 3,559.85 |
|  | $6,538.56 | $6,538.57 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,830.04. Your starting balance (escrow balance required) according to this analysis should be $3,559.86. This means you have a shortage of 729.82. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months. We anticipate the total of your coming year bills to be 6,538.57. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $544.88 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $60.82 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $605.70 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,299.68 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826